```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 14031
    GENCILEN NEAL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5695

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/04/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/31/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00            .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE    3346.92            .00        3346.92
AMERICA'S SERVICING COMP  NOTICE ONLY    NOT FILED            .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED            .00            .00
CFC DEFICIENCY RECOVERY   UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER    1954.47         188.16         440.84
COMMONWEALTH EDISON       NOTICE ONLY    NOT FILED            .00            .00
DEPENDON COLLECTION       UNSEC W/INTER  NOT FILED            .00            .00
DEPENDON COLLECTION SERV  NOTICE ONLY    NOT FILED            .00            .00
DIRECT TV                 UNSEC W/INTER  NOT FILED            .00            .00
GEMB/HH GREGG             UNSEC W/INTER  NOT FILED            .00            .00
ICE MOUNTAIN  SPRING WAT  UNSEC W/INTER  NOT FILED            .00            .00
MERCHANTS & PROFESSIONAL  UNSEC W/INTER  NOT FILED            .00            .00
NICOR GAS                 UNSEC W/INTER    1778.73         158.98         401.20
RMI/MCSI                  UNSEC W/INTER  NOT FILED            .00            .00
CITY OF CALUMET CITY      NOTICE ONLY    NOT FILED            .00            .00
RMI/MCSI                  NOTICE ONLY    NOT FILED            .00            .00
RMI/MCSI                  UNSEC W/INTER     500.00          48.16         112.78
VILLAGE OF RIVERDALE      NOTICE ONLY    NOT FILED            .00            .00
TANYA M NEAL ALLEN        NOTICE ONLY    NOT FILED            .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE NOTI  NOT FILED            .00            .00
BUDS AMBULANCE SERVICE    UNSEC W/INTER     346.50          33.32          78.16
LEDFORD & WU              DEBTOR ATTY      1,497.00                      1,497.00
TOM VAUGHN                TRUSTEE                                          489.48
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              6,795.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14031 GENCILEN NEAL
```

```
PRIORITY                                                              .00
SECURED                                                          3,346.92
UNSECURED                                                        1,032.98
    INTEREST                                                       428.62
ADMINISTRATIVE                                                   1,497.00
TRUSTEE COMPENSATION                                               489.48
DEBTOR REFUND                                                         .00
                                   ---------------       ---------------
TOTALS                                    6,795.00              6,795.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 14031 GENCILEN NEAL
```